THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Parks Bird, Appellant.
 
 
 

Appeal From Aiken County
 Honorable D. A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2007-UP-145
Submitted April 2, 2007  Filed April 3, 2007

AFFIRMED

 
 
 
 Appellate Defender Aileen P. Clare,  of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Deborah R. J. Shupe, Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Parks Bird pled guilty to armed robbery and attempted armed robbery.  The trial court sentenced Bird to ten years incarceration for armed robbery and ten years incarceration, concurrent, for attempted armed robbery.  Bird appeals these sentences.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities: State v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (Absent timely objection at a plea proceeding, the unknowing and involuntary nature of a guilty plea can only be attacked through the more appropriate channel of Post-Conviction Relief.); State v. Bradley, 263 S.C. 223, 226, 209 S.E.2d 435, 436 (1974) (holding appellate court will not consider claim that guilty plea was involuntarily entered if defendant fails to raise it in trial court). 
AFFIRMED.
ANDERSON, and KITTREDGE, JJ., and CURETON, A.J., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.